IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50394
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY COTTRELL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-95-CR-12 (1)
- - - - - - - - - -
December 12, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Anthony Cottrell appeals from his conviction and sentence for conspiracy to possess with intent to distribute cocaine base, possession with intent to distribute cocaine base, and possession of cocaine base in violation of 21 U.S.C. § 841 and 21 U.S.C. § 846. Cottrell argues that his trial counsel was ineffective for failing to communicate properly to him a plea offer. Cottrell has not shown that his counsel's performance fell below

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

an objective standard of reasonableness.  <u>Strickland v. Washington</u>, 466 U.S. 668, 687-88 (1984).

Accordingly, the judgment of the district court is AFFIRMED.